UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,                       Case No. 1:05:CR:191

v.

                                    HON. GORDON J. QUIST

MARK SCOTT EPSTEIN,

       Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 6, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Mark Scott Epstein's pleas of guilty to Counts One, Two, and Three of the Superseding Information are accepted. Defendant Mark Scott Epstein is adjudicated guilty.

3. Defendant Mark Scott Epstein shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: December 20, 2005                                       /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE